```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
                        NORTHERN DIVISION
                          AT COVINGTON
```

**CIVIL ACTION NO. 2013-160 (WOB-CJS)**

**TRINA SCHOLL**                                              **PLAINTIFF**

VS.                                 <u>**ORDER**</u>

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**                           **DEFENDANT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 22), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 22) is hereby **adopted** as the findings of fact and conclusions of law of this Court; that defendant's motion for summary judgment (Doc. 21) is **denied**; that plaintiff's motion for summary judgment (Doc. 17) is **granted in part** as to plaintiff's request for a reversal of the Commissioner's decision and remand, and **denied in part** to the extent plaintiff seeks an award of benefits outright; that a judgment shall be entered reversing the Decision and remanding this matter under sentence four of 42 U.S.C. §405(g), with instructions to the ALJ to reconsider and adequately explain her treatment of the medical opinion evidence.

This 7th day of April, 2015.



Signed By:
*William O. Bertelsman* WOB
United States District Judge